UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MR. LEROY HUBERT | CIVIL ACTION |
| VERSUS | NUMBER 08-515-SCR |
| CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, DEPARTMENT OF PUBLIC WORKS | |

### ORDER OF PARTIAL DISMISSAL

In response the Order to Show Cause issued March 5, 2009, the plaintiff requested that the caption of his complaint be amended to reflect that David B. Ratcliff is a defendant.[1]  That request was granted.[2]  However, the plaintiff's response did not address his failure to serve defendant Ratcliff with a summons and the complaint within the time allowed by Rule 4(m), Fed.R.Civ.P.  The time to do so expired three months ago.  Plaintiff did not ask for additional time to serve defendant Ratcliff.  Although the court has the discretion under Rule 4(m) to extend the time to serve defendant Ratcliff, there is no apparent reason to do so.

Therefore;

IT IS ORDERED that plaintiff's claims against defendant David B. Ratcliff are dismissed, without prejudice, pursuant to Rule 4(m).

Baton Rouge, Louisiana, March 20, 2009.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 14.

[2] Record document number 15.